UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USADATA, INC.,

              Plaintiff,

    -against-

DATAWIDGET, LLC, *et al.*,

              Defendants.

**ORDER**

20-cv-9817 (ER)

Ramos, D.J.:

    On December 14, 2020, Defendants requested a pre-motion conference for an anticipated motion to dismiss.  Doc. 12.  On December 17, 2020, Plaintiff filed an amended complaint, and in a separate letter advised the Court that it believed Defendants' motion was "now moot".  Docs. 13 and 14.  On December 21, 2020, Defendants were ordered to respond by December 23, 2020.  Doc. 16.  As of the filing of this order, Defendants have not done so.

    Defendant is ordered to respond to Plaintiff's letter by January 26, 2021.

    It is SO ORDERED.

Dated: New York, New York
        January 21, 2021

                                                      Edgardo Ramos, U.S.D.J.